[925 NE2d 577, 898 NYS2d 539]

DAVID BELDING, Respondent, v VERIZON NEW YORK, INC., et al., Appellants.

Decided February 18, 2010

752

**APPEARANCES OF COUNSEL**

*Cozen O'Connor*, New York City (*Edward Hayum* of counsel), for appellants.

*Kelner & Kelner*, New York City (*Gail S. Kelner* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs. The certified question should be answered in the affirmative.

Applying the bomb blast film to the lobby windows, in and of itself, qualifies as a significant alteration (*see* Labor Law § 240

[1]; *Joblon v Solow*, 91 NY2d 457, 465 [1998]). BlastGARD significantly altered the configuration or composition of the structure by changing the way the lobby windows react to explosions, impacts and the elements. The effects of this one-time security enhancement distinguish the activity from affixing an advertisement on a billboard, a more frequent change that has less structural effect (*see Munoz v DJZ Realty, LLC*, 5 NY3d 747 [2005]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, etc.